# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# IN ADMIRALTY

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA LEE SMITH,<br><br>Defendant. | Case No.: 5:20-CV-00586-AB(SHKx)<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment (Dkt. No. 44), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is hereby entered for Plaintiff.

DATED: October 20, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1